v.

**SECRETARY OF HEALTH AND HUMAN SERVICES**, Respondent–Appellee.

No. 2009–5115.

United States Court of Appeals, Federal Circuit.

Feb. 16, 2010.

Todd **FOX** and Janet Fox, Appellants,

v.

John E. **POTTER**, Postmaster General, Appellee.

No. 2009–1376.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2010.

David P. Hendel, Husch Blackwell Sanders LLP, of Washington, DC, argued for appellants. Of counsel on the brief was Sarah M. Graves, Akerman Senterfitt LLP, of Vienna, Virginia.

David A. Harrington, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Before RADER, BRYSON, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.